

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

RIDGE PETROLEUM, INC., § 

Appellant, §

v. §

ENERGY OPS, LLC, §

Appellee. §

No. 08-19-00078-CV

Appeal from the

109th District Court

of Winkler County, Texas

(TC# DC18-17380)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and it's sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.